JOSEPHINE DORAN, Appellant, v. CARL F. WOLFROM, Respondent.— Appeal from an order striking out certain allegations from plaintiff's complaint. The order appealed from should be modified by striking therefrom all provisions as to allegations to be omitted except the following words contained in paragraph IV of the complaint, " and later reported the facts to her husband, Clarence Doran, who is a Corporal in the State Police." Order modified as aforesaid, and as so modified, affirmed, with ten dollars costs and disbursements to the appellant who may, within twenty days after the entry of the order hereon, serve an amended complaint. Hill, P. J., Crapser, Heffernan, Schenck and Foster, JJ., concur.

FREDERIC J. RESSEGUIE, Appellant, v. JENNIE VAN RENSSELAER, Respondent.— This is an appeal from the order of the County Court of Saratoga County vacating plaintiff's notice and subpoena for examination of the defendant before trial. This is an action brought by a physician to recover for professional services rendered by him as a physician and surgeon to the defendant (a woman patient) in the treatment of a malady from which she suffered. The answer contains a general denial. The plaintiff has full knowledge of the matters upon which the examination of defendant is sought and he seeks to examine as to services which plaintiff himself performed and as to conversations between plaintiff and the defendant. The issues in this action are very simple and an examination before trial is not necessary in order to simplify them. Order unanimously affirmed, with costs. Present — Hill, P. J., Crapser, Heffernan, Schenck and Foster, JJ.